(124 So. 917)

ONE BUICK ROADSTER, MOTOR NO. 1128614, v. STATE. (6 Div. 377.)

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(125 So. 916)

Wes PEDEN v. STATE. (8 Div. 158.)

Supreme Court of Alabama. Jan. 23, 1930.

Certiorari to Court of Appeals.

Jas. C. Roberts and Simpson & Simpson, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Wes Peden for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Peden v. State, 125 So. 925.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

---

(124 So. 918)

E. V. SANDERS et al. v. GERNERT BROS. LUMBER CO. (6 Div. 187.)

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(124 So. 925)

G. W. SIMMONS v. AMERICAN CAST IRON PIPE CO. (6 Div. 468.)

Supreme Court of Alabama. Oct. 26, 1929.

Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

(124 So. 918)

Susie SIMS v. W. O. SIMS. (6 Div. 491.)

Supreme Court of Alabama. Oct. 10, 1929.

Petition for mandamus.

PER CURIAM. Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

---

(124 So. 918)

Louis, alias Lewis, SMITH v. STATE. (2 Div. 953.)

Supreme Court of Alabama. Dec. 5, 1929.

Appeal from Circuit Court, Greene County; Benj. F. Elmore, Judge.

FOSTER, J. Affirmed.

All the Justices concur.

---

(124 So. 918)

SOUTHERN BUILDING & LOAN ASS'N v. Willis GLENN. (6 Div. 447.)

Supreme Court of Alabama. Oct. 24, 1929.

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

(124 So. 918)

STEEL CITY DRUG CO. v. D. P. KNAPP. (6 Div. 430.)

Supreme Court of Alabama. Oct. 10, 1929.

Appeal from Circuit Court, Jefferson County; J. D. Rucker, Special Judge.

PER CURIAM. Appeal dismissed.

---

(124 So. 918)

C. M. TAYLOR et al. v. W. J. CLOUD et al. (7 Div. 925.)

Supreme Court of Alabama. Nov. 21, 1929.

Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.